**Order entered May 11, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01463-CV

---

**CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH AND CREDIT SUISSE
SECURITIES (USA) LLC, Appellants**

**V.**

**CLAYMORE HOLDINGS, LLC, Appellee**

---

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-07858-G**

---

## ORDER

We **GRANT** court reporter Vielica Dobbins's May 10, 2016 request for extension of time to file the reporter's record and **ORDER** the record be filed no later than June 10, 2016.

/s/    CRAIG STODDART
       JUSTICE